COMMONWEALTH *vs.* DENNIS M. DEJOINVILLE. March 8, 1976. The
defendant's first and fourth assignments of error are not based on any
exception at trial and bring nothing before this court. *Commonwealth*
v. *Underwood,* 358 Mass. 506, 509 (1970). The record reveals no sub-
stantial risk of a miscarriage of justice. *Commonwealth* v. *Freeman,*
352 Mass. 556, 564 (1967). The second assignment of error has been
waived. The remaining assignment of error argued to this court con-
cerns the admission in evidence of a statement taken from the defend-
ant. The judge made detailed subsidiary findings after conducting a
voir dire hearing from which he concluded that the statement was taken
pursuant to an understood warning of rights and was otherwise volun-
tary. The defendant has not suggested any lack of evidential support
for those findings, and we find that they support the judge's conclu-
sions. See *Commonwealth* v. *Hosey,* 368 Mass. 571, 574-575, n.1 (1975).

*Judgments affirmed.*

*Lois M. Lewis* for the defendant.
*Francis R. Fecteau,* Assistant District Attorney, for the Common-
wealth.